Case 2:20-cr-01377   Document 95   Filed on 02/06/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL ACTION NO. 2:20-CR-1377-1 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| GREGORIO ARCADIO VELASQUEZ | § | |
| | § | |
| Defendant. | § | |

# MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on March 20, 2020. A petition for action on pretrial release was filed on October 29, 2021 with the Court alleging that Defendant violated his bond conditions by failing to comply with the District Court's Order to Surrender by 2:00 p.m. on October 26, 2021. (D.E. 86). The Defendant stood silent on the allegation and the government proffered the testimony of the U.S. Probation Officer without objection. The Court **FINDS** the allegation to be true.

The following requires detention of the defendant pending trial in this case:

(1) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(2) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on February 6, 2025.

_____
Julie K. Hampton
United States Magistrate Judge